FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRAVIS WARREN BOLAND,

Defendants.

No. 1-25-CR-02056-SAB-2

**ORDER GRANTING MOTIONS FOR EXTENSION**

Before the Court is the United States' Motion for Extension to Respond to Defendant's Following Motions: (1) Motion to Dismiss Count 8, or, in the Alternative, for a Bill of Particulars (ECF 57); (2) Motion to Compel Production of Discovery and *Brady* Materials (ECF 58); (3) Motions' *in limine* (ECF 59) and (4) Motion to Sever Trial (ECF 60), ECF Nos. 79, 80. The United States is represented by Courtney Pratten. Defendant is represented by Nicholas Granath.

The United States asks for a brief extension of time to file responses to Defendants' motions. Defendant opposes the United States' request. The Court finds good cause to grant the motions. First, the United States' response will assist the Court in deciding the motions. Thus, the interest of justice weighs in favor of granting the motion. Second, previously the United States did not oppose Defendant's two motions to continue the trial date and corresponding pretrial deadlines, and its request is not unreasonable. Defendant has not shown he would be prejudiced if the Court granted the United States' motion. Finally, the United States has not been dilatory in preparing its responses. Counsel had pretrial and trial commitments that prevented her from filing timely responses.

**ORDER GRANTING MOTION FOR EXTENSION ~ 1**

Accordingly, **IT IS ORDERED**:

1. The United States' Motion for Extension to Respond to Defendant's Following Motions: (1) Motion to Dismiss Count 8, or, in the Alternative, for a Bill of Particulars (ECF 57); (2) Motion to Compel Production of Discovery and Brady Materials (ECF 58); (3) Motions' in limine (ECF 59) and (4) Motion to Sever Trial (ECF 60), ECF Nos. 79, 80, are **GRANTED**.

2. The United States' deadline to file responses to Defendant's pending motions is extended to **June 22, 2026**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR EXTENSION ~ 2**